IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAD DOUGLAS,

    Petitioner,                           CASE NO. 2:10-CV-547
                                                        JUDGE SMITH
    v.                                     MAGISTRATE JUDGE ABEL

WARDEN, WARREN CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On November 17, 2011, the Magistrate Judge issued a *Report and Recommendation* recommending that all of Petitioner's claims be dismissed with the exception of his claims of ineffective assistance of counsel based on his attorney's failure to file a motion to suppress his statements to police, and failure to challenge his sentence. The Magistrate Judge ordered Respondent to provide supplemental briefing and a copy of the videotape of Petitioner's statement to police on these claims.[1]

Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. All of Petitioner's claims, with the exception of the two foregoing claims of ineffective assistance of counsel hereby are **DISMISSED.**

    **IT IS SO ORDERED**.

                                                                 \s\ George C. Smith
                                                                  George C. Smith

---

[1] Respondent has since complied with the Magistrate Judge's Order. *See* Docs.11, 12.