IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Chad Douglas,                                :

        Petitioner              :        Civil Action 2:10-cv-00547

v.                                           :        Judge Smith

Warden, Warren Correctional         :        Magistrate Judge Abel
Institution,
                                             :
        Respondent
                                             :

**ORDER**

Petitioner Chad Douglas brings this action under 28 U.S.C. §2254 challenging his conviction(s) for three counts of gross sexual imposition. This matter is before the Court on Magistrate Judge Abel's March 5, 2013 Report and Recommendation that the petition for writ of habeas corpus under 28 U.S.C. §2255 be denied.

No objections to the Report and Recommendation have been filed. Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation.

The petition for writ of habeas corpus is DENIED. This action is hereby DISMISSED. The Clerk of Court is DIRECTED to enter JUDGMENT for respondent.

                                                s/   George C. Smith
                                                George C. Smith
                                                United States District Judge